UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KRUGER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C12-5820 EMC<br><br>**ORDER DIRECTING PARTIES TO INFORM THE COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-19(b).

    Accordingly, the parties are hereby DIRECTED to advise the Court, no later than December 21, 2012, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a special magistrate judge.

    IT IS SO ORDERED.

Dated: November 20, 2012

                                                                 _____
                                                                 EDWARD M. CHEN
                                                                 United States District Judge