MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 160
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KRUGER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[1] <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. CV 12-5820-EMC <br><br> STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from April 23, 2013 to May 23, 2013. Defendant needs the extension to complete his review of the defensibility of the ALJ's decision.

    All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2   This is Defendant's first request for an extension of time to respond to Plaintiff's motion.
3
4                                       Respectfully submitted,
5
6   Dated: April 19, 2013              *Richard Zieman*
                                        (Authorized via mail)
7                                       RICHARD ZIEMAN
                                        Attorney for Plaintiff
8
9
    Dated: April 19, 2013              MELINDA L. HAAG
10                                      United States Attorney
11
12                                      *Theophous H. Reagans*
                                        THEOPHOUS H. REAGANS
13                                      Special Assistant U.S. Attorney
14                                      Attorneys for Defendant
15
16  **IT IS SO ORDERED:**
17
18  Dated: _____4/22/13_____            _____
                                        EDWARD M. CHEN
19                                      United States District Judge
20
21
22
23
24
25
26
27
28

                          Page 2 of 2