1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Email: Zieman@ssalawca.com
4  Attorney for Plaintiff

5

6

7

8
                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL KRUGER                      ) Case No.: 12-cv-5820 EMC
            Plaintiff,                )
12                                    ) STIPULATION AND ORDER EXTENDING
                                      ) PLAINTIFF'S TIME TO RESPOND TO
13      vs.                           ) DEFENDANT'S CROSS MOTION AND
                                      ) BRIEF FILED IN RESPONSE TO
14 CAROLYN W. COLVIN,                 ) PLAINTIFF'S MOTION FOR SUMMARY
                                      ) JUDGMENT OR REMAND.
15 Commissioner of Social Security    )
                                      )
16          Defendant                 )

17
        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
18
   approval of the Court, that Plaintiff may have an extension of 10 days in which to file Plaintiff's
19
   response to Defendant's cross motion and brief filed in response to Plaintiff's Motion for
20
   Summary Judgment. Pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on Monday,
21
   June 21, 2013.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   This is Plaintiff's first request.
28

DATED:   6/10/2013              Richard Zieman /s/

                                                RICHARD ZIEMAN
                                                Attorney for Plaintiff


DATED:   6/10/2013              Theophous H. Reagans /s/

                                                DANIEL P. TALBERT,
                                                Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   6/11/13

*IT IS SO ORDERED*
*[signature]*
*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA