1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Email:  Zieman@ssalawca.com
4  Attorney for Plaintiff

5

6

7

8

9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10

11 DANIEL KRUGER                     )  Case No.: 12-cv-5820 EMC
                Plaintiff,           )
12                                   )  STIPULATION AND ORDER EXTENDING
        vs.                          )  PLAINTIFF'S TIME TO RESPOND TO
13                                   )  DEFENDANT'S CROSS MOTION AND
   CAROLYN W. COLVIN,                )  BRIEF FILED IN RESPONSE TO
14                                   )  PLAINTIFF'S MOTION FOR SUMMARY
   Commissioner of Social Security   )  JUDGMENT OR REMAND.
15                                   )
                Defendant            )
16 _____

17

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

   approval of the Court, that Plaintiff may have an extension of 10 days in which to file Plaintiff's
19
   response to Defendant's cross motion and brief filed in response to Plaintiff's Motion for
20
   Summary Judgment.  Pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on Monday,
21
   June 21, 2013.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   This is Plaintiff's first request.
28

DATED:    6/10/2013         _Richard Zieman /s/_

                            RICHARD ZIEMAN
                            Attorney for Plaintiff


DATED:    6/10/2013          _Theophous H. Reagans /s/_

                            DANIEL P. TALBERT,
                            Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


            6/11/13
DATED:   _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA