United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KRUGER, | Case No.  16-cv-02459-HSG |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CAROLYN W. COLVIN, | |
| Defendant. | |
| DAN KRUGER, | Case No.  12-cv-05820-EMC |
| Plaintiff, | |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Kruger v. Colvin*, 12-cv-05820.

**IT IS SO ORDERED.**

Dated: 5/9/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge